**Hosie Edward ROBERTS, Jr., Appellant,**

v.

**CITY OF COLUMBIA, Appellee.**

No. 00–1621.

United States Court of Appeals, Eighth Circuit.

Submitted: March 6, 2001.

Filed: March 9, 2001.

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Hosie Edward Roberts, Jr., appeals following the district court's[1] grant of summary judgment to his employer, the City of Columbia, Missouri, in his action under the Americans with Disabilities Act (ADA), 42 U.S.C. §§ 12101–12213; the Family

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

Medical Leave Act (FMLA), 29 U.S.C. §§ 2601–2654; and the Missouri Human Rights Act (MHRA), Mo.Rev.Stat. §§ 213.010–213.137 (Supp.1998). After de novo review, *see Harvey v. Anheuser–Busch, Inc.*, 38 F.3d 968, 971 (8th Cir. 1994), we agree—for the reasons stated by the district court in its thorough order—that Mr. Roberts, a diabetic, failed to show (1) that he was disabled within the meaning of the ADA, (2) that the City took adverse employment action against him on account of his taking FMLA leave, or (3) that the City created a hostile working environment to retaliate against him for complaining about the City's allegedly discriminatory conduct.

Accordingly, we affirm. *See* 8th Cir. R. 47B.